# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARVIN L. CHARLES, SR., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF CALIFORNIA, *et al.*, <br><br> Defendants. | Case No. 3:22-cv-00141-SLG |

**ORDER RE REPORT AND RECOMMENDATION TO ORDER DISMISSAL FOR LACK OF JURISDICTION**

Before the Court at Docket 1 is Plaintiff Marvin L. Charles, Sr.'s Complaint filed under the Civil Rights Act, 42 U.S.C. § 1983, and an Application to Waive the Filing Fee at Docket 3. These matters were referred to the Honorable Magistrate Judge Kyle F. Reardon. At Docket 5, Judge Reardon issued a Report and Recommendation to Order Dismissal for Lack of Jurisdiction, in which he recommended this action be dismissed without prejudice for lack of jurisdiction and that all pending motions be denied as moot. No objections to the Report and Recommendation were filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). That statute provides that a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[1] A court is

---
[1] 28 U.S.C. § 636(b)(1).

to "make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made."[2] However, § 636(b)(1) does not "require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."[3]

The Court has reviewed the Report and Recommendation to Order Dismissal for Lack of Jurisdiction and agrees with its analysis. Accordingly, the Court adopts the Report and Recommendation to Order Dismissal for Lack of Jurisdiction in its entirety, and IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction. The application to waive prepayment of the filing fee is DENIED AS MOOT.

The Clerk of Court shall enter a final judgment accordingly.

DATED this 3rd day of November, 2022, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[2] *Id.*

[3] *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Case No. 3:22-cv-00141-SLG, *Charles, Sr. v. State of California, et al.*
Order re Final Report and Recommendation for Dismissal for Lack of Jurisdiction
Page 2 of 2
Case 3:22-cv-00141-SLG-KFR   Document 6   Filed 11/03/22   Page 2 of 2